IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| JEROME COAST JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 625-049 |
| | ) | |
| WARDEN BRIAN ADAMS; WARDEN | ) | |
| COX; CERT TEAM JACKSON; CAPTAIN | ) | |
| MICHEAL HARTMEYER; MS. WESTIN, | ) | |
| Case Manager; JOHN DOE, Unknown IRT/ | ) | |
| Cobra Squad; and JOHN DOE, Unknown | ) | |
| IRT/Cobra Squad, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint on the basis of *res judicata* and for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this __15th__ day of September, 2025, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA